

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2015

No. 04-15-00183-CR

Richard **LARES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2006CR10110
Honorable Juanita A. Vasquez-Gardner, Judge Presiding

# O R D E R

After Appellant filed a pro se motion to stay judgment and conviction, on July 2, 2015, we denied the motion because Appellant is represented in this appeal by court-appointed counsel. After his counsel filed an *Anders* brief and a motion to withdraw, Appellant filed a motion to reconsider our denial of his motion to stay judgment and conviction.

Appellant is still represented by counsel. *See In re Schulman*, 252 S.W.3d 403, 411 (Tex. Crim. App. 2008) (noting court-appointed counsel's duties continue until, inter alia, the motion to withdraw has been granted). Appellant does not have a right to hybrid representation. *See Ex parte Taylor*, 36 S.W.3d 883, 887 (Tex. Crim. App. 2001).

Appellant's pro se motion to reconsider our July 2, 2015 order is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court